**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 12, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00797-CV

_____

## IN RE KURARAY AMERICA, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-62973**

---

## MEMORANDUM OPINION

On October 11, 2019, relator Kuraray America, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Daryl Moore, presiding judge of the 333rd District Court of Harris County, to vacate his March 26, 2019, June 28, 2019, and September 20, 2019 orders, which compel relator to produce cell phone usage data.

Relator has not established that it is entitled mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.